# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | CASE NO. 1:07-cv-01136-AWI DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| A. TAYLOR, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and finds that it states cognizable claims for relief under section 1983 against defendant Taylor for violation of the Due Process Clause of the Fourteenth Amendment. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Hydrick v. Hunter, 466 F.3d 676, 697 (9th Cir. 2006). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for defendant Taylor.

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 6, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.   Completed summons;

1

   b. One completed USM-285 form for each defendant listed above; and

   c. Two (2) copies of the endorsed complaint filed August 6, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:** <u> **October 17, 2007** </u>   <u> **/s/ Dennis L. Beck** </u>
                   UNITED STATES MAGISTRATE JUDGE