# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>ASHLIE TAYLOR,<br><br>    Defendant.<br>_____/ | CASE NO. 1:07-cv-01136 AWI DLB P<br><br>ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S MOTIONS FOR ENTRY OF DEFAULT JUDGMENT<br><br>(Docs. 13, 14, 15) |

Plaintiff Archie Cranford ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint filed August 6, 2007. On December 6, 2007, January 14, 2008 and March 12, 2008, plaintiff filed motions for entry of default judgment against defendant A. Taylor ("defendant"). (Docs. 13, 14, 15).

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a).

On October 31, 2007, the court issued an order directing service by the United States Marshal on defendant Taylor, and it appears that defendant was personally served on June 17, 2008. (Doc. 16). The time allowed for defendant to respond has not yet expired, and plaintiff's motions for entry of default are premature at this time. Accordingly, plaintiff's motions for entry of default are denied,

1  without prejudice to renewal.

3   IT IS SO ORDERED.
4   **Dated:   July 1, 2008**            **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE