1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ARCHIE CRANFORD,                          CASE NO. 1:07-CV-01136-AWI DLB PC

10                      Plaintiff,           ORDER STRIKING REPLY TO ANSWER

11      v.                                   (Doc. 20)

12  ASHLIE TAYLOR,

13                      Defendant.

14
_____/
15

16      Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action

17  pursuant to 42 U.S.C. § 1983.   On July 21, 2008, plaintiff filed a document entitled "Notice of

18  Responce [sic] to Defendants Answer to the Complaint".  (Doc. 20).

19      Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an

20  answer, absent an order from the court requiring one. Fed. R. Civ. P. 7(a). In this case, the court did

21  not order a reply to the answer.

22      Accordingly, plaintiff's reply to defendant's answer, filed July 21, 2008, is HEREBY

23  ORDERED STRICKEN from the record.

24      IT IS SO ORDERED.

25  **Dated:   July 24, 2008**          _____/s/ **Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE
26

27

28

1