IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ASHLIE TAYLOR,<br><br>　　　　　Defendant. | Case No. 1:07-CV-1136-BLW-LMB<br><br>**JUDGMENT** |

　　　The Court has entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's entire case, including Plaintiff's Complaint (Docket No. 1), is DISMISSED with prejudice.



　　　DATED:  **March 24, 2010**

　　　Honorable B. Lynn Winmill
　　　Chief U. S. District Judge

JUDGMENT  1